**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6303**

———————————

DEVERAL WITHERS, a/k/a Deveral Whithers,

Plaintiff - Appellant,

versus

R. M. WUERGLER, Lieutenant,

Defendant - Appellee,

and

BEDFORD SHERIFF'S DEPARTMENT; MEDICAL DEPART-
MENT, Bedford Regional Annex,

Defendants.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-97-511-R)

———————————

Submitted:  May 19, 1998          Decided:  June 3, 1998

———————————

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Deveral Withers, Appellant Pro Se.  William Carrington Thompson,
Chatham, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1994) complaint.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Withers v. Bedford Sheriff's Dep't,</u>, No. CA-97-511-R (W.D. Va. Feb. 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1994 & Supp. 1998).

2